IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Danny Gabriel Velasco, Jr.,<br><br>　　　　Defendant. | No.  CR 05-0228-PHX-MHM<br><br>**REPORT AND RECOMMENDATION** |

TO THE HONORABLE MARY H. MURGUIA, U.S. DISTRICT JUDGE:

　　　　The Court previously granted Defendant's unopposed motion for a competency evaluation and the Defendant was seen by Jack L. Potts, M.D.  In his written evaluation Dr. Potts opines to a reasonable degree of psychiatric certainty that the Defendant is competent. Defendant's competency was set for a status conference this day and Defendant's counsel submitted the issue of competency to the Court.  In accordance with the evaluation and opinion of Dr. Potts and having been presented with or observing no evidence to the contrary, the undersigned RECOMMENDS that Defendant be deemed competent and that consideration of the petition for revocation proceed.

　　　　DATED this 27th day of November, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　David K. Duncan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge