**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES
VIOLATION PROCEEDINGS**

| 05 / 228 / 1   PHX - MHM | DATE: 12/17/07 |
|---|---|
| Year   Case No.   Dft # | |

HON: MARY H. MURGUIA                                   Judge # 7027

USA v. Velasco, Jr.,            Danny                   Gabriel
       Last Name            First Name              Middle Initial

DEFENDANT: _X_ Present  __ Not Present  __ Released  _X_ Custody  __ Writ

Deputy Clerk: Kristen Parris            Crt Rptr/ECR: Merilyn Sanchez

U.S.Atty: Sabrina DeCosta               Dft Atty: George Klink
                                        __ FPD  _X_ Appointed  __ Retained

Intrpltr:                               Language:

__ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

__ **VIOLATION OF PROBATION**           _X_ **VIOLATION OF SUPERVISED RELEASE**

This is the time set for Admit/Deny Hearing.

The Court notes that a Superseding Petition to Revoke has been filed.

Initial Appearance held as to the Superseding Petition.

IT IS ORDERED appointing George Klink, Esq., to represent the defendant as to the superseding petition.

The Court advises the defendant of his rights.

The defendant admits violating allegation B of the Superseding Petition to Revoke.

THE COURT FINDS that the defendant is competent.

IT IS FURTHER ORDERED adopting the Report and Recommendation issued by Judge Duncan [doc. 39].

IT IS FURTHER ORDERED setting this matter for Disposition Hearing on January 23, 2008 at 2:30 p.m.

                                        Time in Court: ___ hr _20_ mins.